IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED MICRO-FABRICATION EQUIPMENT INC. CHINA *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE *et al.*, <br><br> Defendants. | Civil Action No. 1:24-cv-02357-PLF |

## JOINT STATUS REPORT

Pursuant to the Court's December 6, 2024 Order (Dkt. 26), Advanced Micro-Fabrication Equipment Inc. China ("AMEC") and AMEC North America Inc. (collectively, "Plaintiffs") and U.S. Department of Defense; Robert G. Salesses, in his official capacity as Acting Secretary of Defense; and Dr. Vic S. Ramdass, in his official capacity as Acting Assistant Secretary of Defense for Industrial Base Policy[1] (collectively, "Defendants") submit the following joint status report.

1. This case challenges the Defendants' designation of AMEC as a "Chinese Military Company" under Section 1260H of the William M. (Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021 ("Section 1260H").

2. The parties requested, and the Court granted, a bifurcated case schedule on October 15, 2024. (Dkt. 18).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Robert G. Salesses and Dr. Vic. S. Ramdass are automatically substituted for their respective predecessors, Lloyd J. Austin, Secretary of Defense; and Laura D. Taylor-Kale, Assistant Secretary of Defense for Industrial Base Policy.

1

3. In November 2024, Defendants notified counsel for Plaintiffs that the Department of Defense expected to make a new determination regarding AMEC's placement on the Section 1260H List and that the new decision would render the original determination inoperative. The parties therefore jointly moved the Court to hold in abeyance its scheduling order, and the Court granted the joint motion. (Dkt. 21).

4. On December 18, 2024, DoD published in the Federal Register a notice removing AMEC from the Section 1260H List. Notice of Removal of Designated Chinese Military Companies, 89 Fed. Reg. 102,868 (Dec. 18, 2024), *available at* https://www.federalregister.gov/documents/2024/12/18/2024-30018/notice-of-removal-of-designated-chinese-military-companies.

5. The parties are presently conferring to discuss next steps in this litigation and require additional time to do so, owing to a confluence of factors including the ongoing presidential administration transition and delays in contacting clients located abroad. The parties thus respectfully propose that they file another joint status report or a stipulation of voluntary dismissal on or before **February 7, 2025.**

A proposed order is attached hereto.

Dated: January 24, 2025                                                  Respectfully submitted,


/s/ Brian J. Fleming
Brian J. Fleming (D.C. Bar No. 974889)
Jennie Askew (D.C. Bar No. 1780533)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-8158
bfleming@steptoe.com
jaskew@steptoe.com

Michael G. Scavelli
Evan Glassman
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
mscavelli@steptoe.com
eglassman@steptoe.com

*Attorneys for Plaintiffs*


BRETT A. SHUMATE
Acting Assistant Attorney General

LAUREN A. WETZLER
Deputy Director

  /s/ *Daniel Riess*
STEPHEN M. ELLIOTT
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-3098
Daniel.Riess@usdoj.gov

*Attorneys for Defendants*

3