# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADVANCED MICRO-FABRICATION EQUIPMENT INC. CHINA** *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| **UNITED STATES DEPARTMENT OF DEFENSE** *et al.*, | ) ) ) |
| Defendants. | ) ) |

Civil Action No. 1:24-cv-02357-PLF

# [PROPOSED] ORDER

Upon consideration of the parties' joint status report, it is hereby **ORDERED** that the parties shall file a joint status report or a stipulation of voluntary dismissal on or before February 7, 2025.

_____        _____
Date                                                                    Paul L. Friedman
                                                                              United States District Judge