**IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVANCED MICRO-FABRICATION EQUIPMENT INC. CHINA, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,<br><br>   *Defendants*. | Civil Action No.  1:24-cv-2357-PLF |

## JOINT STIPULATION OF DISMISSAL

**A. BACKGROUND**

1. Plaintiffs Advanced Micro-Fabrication Inc. China ("AMEC") and AMEC North America Inc. ("AMEC NA") brought this suit in response to the U.S. Department of Defense's ("DoD") designation of AMEC as a "Chinese military company," pursuant to Section 1260H of the National Defense Authorization Act for Fiscal Year 2021.

2. This Court entered a scheduling order governing the filing of cross-motions for summary judgment on Counts I-III of the Complaint.  Order, ECF No. 18.  Defendants' obligation to respond to the Complaint was stayed pending resolution of the parties' cross-motions.  *Id*.

3. Prior to the deadline for the parties to file their cross-motions for summary judgment, Defendants notified counsel for Plaintiffs that DoD expected to make a new decision regarding AMEC's placement on the Section 1260H List and that the new decision would render

the original determination inoperative.  The Court granted the parties' joint proposal to hold the scheduling order in abeyance.  Order, ECF No. 21.

4. On December 18, 2024, DoD published in the Federal Register a notice removing AMEC from the Section 1260H List. Notice of Removal of Designated Chinese Military Companies, 89 Fed. Reg. 102,868 (Dec. 18, 2024).[1]

**B.   STIPULATION**

In view of the foregoing and by agreement of the parties, the undersigned stipulate that each claim in this proceeding against Defendants DoD; Peter Hegseth, in his official capacity as Secretary of Defense;[2] and Dr. Vic. S. Ramdass, in his official capacity as Acting Assistant Secretary of Defense for Industrial Base Policy is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with Plaintiffs and Defendants each bearing their own costs.

Dated:  February 6, 2025                                  Respectfully submitted,

/s/ Brian J. Fleming
Brian J.  Fleming (D.C. Bar No. 974889)
Jennie Askew (D.C. Bar No. 1780533)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-8158
bfleming@steptoe.com
jaskew@steptoe.com

---

[1] *Available at* https://www.federalregister.gov/documents/2024/12/18/2024-30018/notice-of- removal-of-designated-chinese-military-companies.

[2] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Peter Hegseth is automatically substituted for his predecessor, Robert G. Salesses, Acting Secretary of Defense.

        Michael G. Scavelli
        Evan Glassman
        STEPTOE LLP
        1114 Avenue of the Americas
        New York, NY 10036
        Tel: (212) 506-3900
        mscavelli@steptoe.com
        eglassman@steptoe.com

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Acting Assistant Attorney General

LAUREN WETZLER
Deputy Director

/s/ *Daniel Riess*
STEPHEN M. ELLIOTT (PA Bar No. 203986)
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-3098
Daniel.Riess@usdoj.gov

*Counsel for Defendants*